1  MICHAEL J. STONER, Bar No. 269152
   mstoner@andersonkill.com
2  **ANDERSON KILL**
   864 E. Santa Clara Street
3  Ventura, California 93001-2939
   Tel:   (805) 288-1300
4  Fax:   (805) 288-1301

5
   FINLEY HARCKHAM (*Pro Hac Vice*)
6  fharckham@andersonkill.com
   STEVE PUDELL (*Pro Hac Vice*)
7  spudell@andersonkill.com
   **ANDERSON KILL, P.C.**
8  1251 Avenue of the Americas
   New York, NY  10020
9  Tel:   (212) 278-1000
   Fax:   (212) 278-1733
10 Attorneys for Plaintiff
11 ARROW ELECTRONICS, INC.

12 SONIA S. WAISMAN, Bar No. 153010
   swaisman@mwwllp.com
13 **McCLOSKEY, WARING &**
   **WAISMAN LLP**
14 1960 East Grand Ave., Suite 580
   El Segundo, California 90245
15 Telephone:  (310) 524-0400
   Fax:  (310) 524-0404
16 Attorneys for Defendant
   TRAVELERS CASUALTY AND
17 SURETY COMPANY

18
19 KEVIN G. MCCURDY, Bar No. 115083
   kevin.mccurdy@mccurdylawyers.com
20 **McCURDY & FULLER LLP**
   4300 Bohannon Drive, Suite 240
21 Menlo Park, California 94025
   Telephone: (650) 618-3500
22 Fax:  (650) 618-3599
   Attorneys for Defendant
23 LIBERTY MUTUAL INSURANCE
   COMPANY
24

25         **UNITED STATES DISTRICT COURT**

26         **CENTRAL DISTRICT OF CALIFORNIA**

27
28

nydocs1-1059942.1                    **-1-**

**JOINT STIPULATION TO STAY LITIGATION FOR FOUR MONTHS PENDING MEDIATION**

*Left margin vertical text:* **ANDERSON KILL**  864 E. SANTA CLARA STREET ▪ VENTURA, CA 93001 ▪ TELEPHONE: 805-288-1300 ▪ FAX: 805-288-1301 ▪ WWW.ANDERSONKILL.COM

ARROW ELECTRONICS, INC.,
a New York Corporation

                    Plaintiff,

    - against –

AETNA CASUALTY & SURETY
COMPANY n/k/a TRAVELERS
CASUALTY & SURETY
COMPANY a/k/a ST. PAUL
TRAVELERS, a Connecticut
Corporation,
LIBERTY MUTUAL INSURANCE
COMPANY, a Massachusetts
Corporation.

                    Defendants.

**Case No. 2:15-cv-07701-JFW**
**Assigned to Hon. John F. Walter**
**Courtroom 16**

**JOINT STIPULATION TO**
**STAY LITIGATION FOR FOUR**
**MONTHS PENDING**
**MEDIATION**

**Date:    December __, 2015**
**Time:**
**Dept.:**

     The Parties, by and through their counsel of record, hereby stipulate as follows:

     *Whereas,* this is an insurance coverage action in which Plaintiff Arrow Electronics, Inc. ("Arrow") seeks to recover defense and indemnity costs from the insurance company defendants Travelers Casualty and Surety Company, fka The Aetna Casualty and Surety Company (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty & Surety Company a/k/a/ St. Paul Travelers ("Travelers") and Liberty Mutual Insurance Company ("Liberty Mutual");

     *Whereas,* the Complaint in this case was filed on October 1, 2015;

     *Whereas*, Travelers filed its Answer to the Complaint on October 29, 2015 and its Amended Answer on November 6, 2015;

     *Whereas,* Liberty Mutual filed its Answer to the Complaint on October 30, 2015;

     *Whereas,* the Parties desire to potentially avoid litigation by resolving this case through early mediation following a limited informal discovery period;

**JOINT STIPULATION TO STAY LITIGATION FOR FOUR MONTHS PENDING MEDIATION**

ANDERSON KILL

864 E. SANTA CLARA STREET ▪ VENTURA, CA 93001 ▪ TELEPHONE: 805-288-1300 ▪ FAX: 805-288-1301 ▪ WWW.ANDERSONKILL.COM

*Whereas,* the Parties have agreed to select Timothy Gallagher of Gallagher and Gallagher, PC as a mediator for this matter;

*Whereas,* the Parties have agreed to mediation currently scheduled for March 30, 2016;

*Whereas*, the Parties and their respective counsel have previously resolved a coverage dispute for environmental liabilities at a different site through mediation with Mr. Gallagher;

*Whereas,* the Parties have agreed that a four-month stay should provide sufficient time to conduct limited informal discovery and mediation;

*Whereas*, the Parties believe that a four-month stay to conduct limited, informal discovery and mediation not only represents the best use of their respective resources, but also minimizes the burdens the matter may place on the Court;

*Whereas,* the Parties submit that minimizing the cost and expense of litigation through informal discovery and pursuing early mediation constitutes GOOD CAUSE for a litigation stay; and

*Whereas,* this is the Parties' first request for a litigation stay.

IT IS HEREBY STIPULATED by and through the Parties that, subject to the Court's approval:

1.      Good cause exists for a litigation stay in order to permit the Parties to pursue limited informal discovery and early mediation in an effort to resolve this matter;

2.      The matter is stayed in its entirety for a period of four months following the entry of the proposed order;

3.      All deadlines be correspondingly pushed back four months; and

4.      The Schedule of Trial and Pre-Trial Dates modified as follows:

/ / /

**ANDERSON KILL**

864 E. SANTA CLARA STREET ■ VENTURA, CA 93001 ■ TELEPHONE: 805-288-1300 ■ FAX: 805-288-1301 ■ WWW.ANDERSONKILL.COM

| Matter | Initial Date | Revised Date |
|---|---|---|
| Trial | 10/25/16 | 2/27/17 |
| Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | 10/14/16 | 2/14/17 |
| Pre-Trial Conference; File Proposed Voir Dire Qs and Agreed-to Statement of Case | 10/7/16 | 2/7/17 |
| Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, Etc. | 9/22/16 | 1/22/17 |
| Last Day for Hearing Motions | 8/29/16 | 12/29/16 |
| Discovery Cut-Off | 8/8/16 | 12/8/16 |
| Last Day to Conduct Settlement Conference | 6/6/16 | 10/6/16 |
| Last Day to File Joint Report re: Results of Settlement Conference | 6/13/16 | 10/13/16 |

Dated: December 21, 2015

Michael Stoner, Esq.
ANDERSON KILL
864 East Santa Clara Street
Ventura, California  93001
Tel.:  (805) 288-1300
Fax:  (805) 288-1301

Finley Harckham, Esq. *(Pro Hac Vice)*
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020-1182
Telephone: (212) 278-1000
Fax: (212) 278-1733

By:   /s/ Finley Harckham

Attorneys for Plaintiff
Arrow Electronics, Inc.

ANDERSON KILL

864 E. SANTA CLARA STREET ■ VENTURA, CA 93001 ■ TELEPHONE: 805-288-1300 ■ FAX: 805-288-1301 ■ WWW.ANDERSONKILL.COM

**-4-**

**JOINT STIPULATION TO STAY LITIGATION FOR FOUR MONTHS PENDING MEDIATION**

Dated: December 21, 2015

Sonia S. Waisman
McCLOSKEY, WARING & WAISMAN LLP
1960 East Grand Ave., Suite 580
El Segundo, California 90245
Telephone: (310) 524-0400
Fax: (310) 524-0404

By: /s/ Sonia S. Waisman

Attorneys for Defendant
Travelers Casualty and Surety Company

Dated: December 21, 2015

Kevin G. McCurdy
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, California 94025
Telephone: (650) 618-3500
Fax: (650) 618-3599

By: /s/ Kevin G. McCurdy

Attorneys for Defendant
Liberty Mutual Insurance Company

## ATTESTATION:

I hereby attest that concurrence in the filing of this document has been obtained from Finley Harckham, counsel for Plaintiff ARROW ELECTRONICS, INC.

Dated:  December 21, 2015

/s/ Finley Harckham
Attorneys for Plaintiff
Arrow Electronics, Inc.

## CERTIFICATE OF SERVICE

I, Michael J. Stoner, an attorney, hereby certify that on December 21, 2015, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number **2:15-cv-07701-JFW**.  Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

/s/ Michael J. Stoner
Michael J. Stoner

ANDERSON KILL

864 E. Santa Clara Street ▪ Ventura, CA 93001 ▪ Telephone: 805-288-1300 ▪ Fax: 805-288-1301 ▪ www.andersonkill.com