MICHAEL J. STONER, Bar No. 269152
mstoner@andersonkill.com
**ANDERSON KILL**
864 E. Santa Clara Street
Ventura, California 93001-2939
Tel:   (805) 288-1300
Fax:   (805) 288-1301

FINLEY HARCKHAM *(Pro Hac Vice)*
fharckham@andersonkill.com
STEVE PUDELL *(Pro Hac Vice)*
spudell@andersonkill.com
**ANDERSON KILL, P.C.**
1251 Avenue of the Americas
New York, NY  10020
Tel:   (212) 278-1000
Fax:   (212) 278-1733

Attorneys for Plaintiff
ARROW ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation<br><br>Plaintiff,<br><br>- against –<br><br>AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS, a Connecticut Corporation,<br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation.<br><br>Defendants. | **Case No. 2:15-cv-07701-JFW Assigned to Hon. John F. Walter Courtroom 16**<br><br>**DECLARATION OF FINLEY HARCKHAM IN SUPPORT OF JOINT STIPULATION TO STAY LITIGATION FOR FOUR MONTHS PENDING MEDIATION** |

nydocs1-1059946.1                                  **-1-**

**DECLARATION OF FINLEY HARCKHAM IN SUPPORT OF STIPULATION TO STAY LITIGATION FOR FOUR MONTHS PENDING MEDIATION**

## DECLARATION OF FINLEY HARCKHAM

I, Finley Harckham, hereby state and declare:

1. I am a shareholder in the law firm Anderson Kill, P.C. The matters stated herein are of my own personal knowledge and, if called upon, I could and would testify competently thereon.

2. I am lead trial counsel for Plaintiff Arrow Electronics, Inc. ("Arrow") in this matter.

3. The Complaint in this case was filed on October 1, 2015.

4. Travelers Casualty and Surety Company, fka The Aetna Casualty and Surety Company (erroneously sued as Aetna Casualty & Surety Company n/k/a Travelers Casualty & Surety Company a/k/a/ St. Paul Travelers ("Travelers")filed its Answer to the Complaint on October 29, 2015 and its Amended Answer on November 6, 2015.

5. Liberty Mutual Insurance Company ("Liberty Mutual") filed its Answer to the Complaint on October 30, 2015.

6. The Parties have agreed that this dispute may be most efficiently and cost-effectively handled through limited informal discovery followed by early mediation.

7. The Parties have agreed to select Timothy Gallagher of Gallagher and Gallagher, PC as a mediator for this matter.

8. The Parties have agreed to a mediation currently scheduled for March 30, 2016.

9. The Parties and their respective counsel have previously resolved a coverage dispute for environmental liabilities at a different site through mediation with Mr. Gallagher.

10. The Parties have agreed that a four-month stay should provide sufficient time to conduct limited informal discovery and mediation.

11. The Parties believe that a four-month stay to conduct limited, informal discovery and mediation not only represents the best use of their respective resources, but also minimizes the burdens the matter may place on the Court.

12. The Parties have agreed to the revised hearing dates in the Joint Stipulation To Stay Litigation For Four Months Pending Mediation filed concurrently with this Declaration.

13. The Parties request that the Court order a four month litigation stay to permit the parties to conduct limited informal discovery followed by mediation.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 21st day of December, 2015 at New York, New York.

/s/ Finley Harckham
**FINLEY HARCKHAM**

nydocs1-1059946.1

**-3-**

**DECLARATION OF FINLEY HARCKHAM IN SUPPORT OF STIPULATION TO STAY LITIGATION FOR FOUR MONTHS PENDING MEDIATION**

## **CERTIFICATE OF SERVICE**

I, Michael J. Stoner, an attorney, hereby certify that on December 21, 2015, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number **2:15-cv-07701-JFW**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

/s/ Michael J. Stoner
Michael J. Stoner

nydocs1-1059946.1 **-4-**

**DECLARATION OF FINLEY HARCKHAM IN SUPPORT OF STIPULATION TO STAY LITIGATION FOR FOUR MONTHS PENDING MEDIATION**