1  MICHAEL J. STONER, Bar No. 269152
   mstoner@andersonkill.com
2  **ANDERSON KILL**
   864 E. Santa Clara Street
3  Ventura, California 93001-2939
   Tel:   (805) 288-1300
4  Fax:   (805) 288-1301

5
   FINLEY HARCKHAM *(Pro Hac Vice)*
6  fharckham@andersonkill.com
   STEVE PUDELL *(Pro Hac Vice)*
7  spudell@andersonkill.com
   **ANDERSON KILL, P.C.**
8  1251 Avenue of the Americas
   New York, NY 10020
9  Tel:   (212) 278-1000
   Fax:   (212) 278-1733
10
   Attorneys for Plaintiff
11 ARROW ELECTRONICS, INC.

12 SONIA S. WAISMAN, Bar No. 153010
   swaisman@mwwllp.com
13 **McCLOSKEY, WARING &
   WAISMAN LLP**
14 1960 East Grand Ave., Suite 580
   El Segundo, California 90245
15 Telephone: (310) 524-0400
   Fax: (310) 524-0404
16
   Attorneys for Defendant
17 TRAVELERS CASUALTY AND
   SURETY COMPANY
18
19 KEVIN G. MCCURDY, Bar No. 115083
   kevin.mccurdy@mccurdylawyers.com
20 **McCURDY & FULLER LLP**
   4300 Bohannon Drive, Suite 240
21 Menlo Park, California 94025
   Telephone: (650) 618-3500
22 Fax: (650) 618-3599
   Attorneys for Defendant
23 LIBERTY MUTUAL INSURANCE
   COMPANY
24

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation<br>                        Plaintiff,<br>- against –<br>AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS, a Connecticut Corporation,<br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation.<br>                        Defendants.<br>_____ | Case No. 2:15-cv-07701-JFW<br>Assigned to Hon. John F. Walter<br>Courtroom 16<br><br>**[PROPOSED] ORDER GRANTING LITIGATION STAY**<br><br>Date:    December __, 2015<br>Time:<br>Dept.: |

## **[PROPOSED] ORDER**

*Whereas,* the Parties have stipulated to stay this litigation for a period of four months to conduct limited informal discovery followed by mediation;

*Whereas*, the Parties have represented that four months is sufficient time to conduct limited informal discovery and mediation;

*Whereas,* public policy favors early resolution of disputes through mediation;

*Whereas,* the Parties have scheduled mediation for March 30, 2016;

*Whereas*, a four-month litigation stay may minimize the financial burden of litigation on the Parties, and will minimize this matter's burden on the judicial resources of the Court; and

*Whereas,* this is the Parties' first request for a litigation stay.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. The matter is stayed in its entirety for a period of four months following the entry of the proposed order;

2. All deadlines are correspondingly pushed back four months; and

3. The Schedule of Trial and Pre-Trial Dates is modified as follows:

| Matter | Initial Date | Revised Date |
|---|---|---|
| Trial | 10/25/16 | 2/27/17 |
| Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | 10/14/16 | 2/14/17 |
| Pre-Trial Conference; File Proposed Voir Dire Qs and Agreed-to Statement of Case | 10/7/16 | 2/7/17 |
| Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, Etc. | 9/22/16 | 1/22/17 |
| Last Day for Hearing Motions | 8/29/16 | 12/29/16 |
| Discovery Cut-Off | 8/8/16 | 12/8/16 |
| Last Day to Conduct Settlement Conference | 6/6/16 | 10/6/16 |
| Last Day to File Joint Report re: Results of Settlement Conference | 6/13/16 | 10/13/16 |

**IT IS SO ORDERED.**

Dated: December       , 2015         By: _____
                                          **Hon. John F. Walter**
                                          **United States District Court Judge**

# CERTIFICATE OF SERVICE

I, Michael J. Stoner, an attorney, hereby certify that on December 21, 2015, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number **2:15-cv-07701-JFW**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

/s/ Michael J. Stoner
Michael J. Stoner