# DENIED
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

12/22/15

*[signature: John F. Walter]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation ) )<br>Plaintiff, )<br>- against – )<br>AETNA CASUALTY & SURETY COMPANY n/k/a TRAVELERS CASUALTY & SURETY COMPANY a/k/a ST. PAUL TRAVELERS, a Connecticut Corporation, )<br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation. )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:15-cv-07701-JFW<br>Assigned to Hon. John F. Walter<br>Courtroom 16<br><br>**[PROPOSED] ORDER GRANTING LITIGATION STAY**<br><br>Date:   December __, 2015<br>Time:<br>Dept.: |

### [PROPOSED] ORDER

*Whereas,* the Parties have stipulated to stay this litigation for a period of four months to conduct limited informal discovery followed by mediation;

*Whereas,* the Parties have represented that four months is sufficient time to conduct limited informal discovery and mediation;

*Whereas,* public policy favors early resolution of disputes through mediation;

*Whereas,* the Parties have scheduled mediation for March 30, 2016;

*Whereas,* a four-month litigation stay may minimize the financial burden of litigation on the Parties, and will minimize this matter's burden on the judicial resources of the Court; and

*Whereas,* this is the Parties' first request for a litigation stay.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. The matter is stayed in its entirety for a period of four months following the entry of the proposed order;

2. All deadlines are correspondingly pushed back four months; and

3. The Schedule of Trial and Pre-Trial Dates is modified as follows:

| Matter | Initial Date | Revised Date |
|---|---|---|
| Trial | 10/25/16 | 2/27/17 |
| Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | 10/14/16 | 2/14/17 |
| Pre-Trial Conference; File Proposed Voir Dire Qs and Agreed-to Statement of Case | 10/7/16 | 2/7/17 |
| Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, Etc. | 9/22/16 | 1/22/17 |
| Last Day for Hearing Motions | 8/29/16 | 12/29/16 |
| Discovery Cut-Off | 8/8/16 | 12/8/16 |
| Last Day to Conduct Settlement Conference | 6/6/16 | 10/6/16 |
| Last Day to File Joint Report re: Results of Settlement Conference | 6/13/16 | 10/13/16 |

**IT IS SO ORDERED.**

**DENIED BY ORDER OF THE COURT**

Dated: December ___, 2015     By: _____
                                    **Hon. John F. Walter**
                                    **United States District Court Judge**

nydocs1-1059944.1                    -2-
[PROPOSED] ORDER GRANTING LITIGATION STAY